UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EQUAL ACCESS FOR ALL, INC.,
And JOE HOUSTON,

    Plaintiffs,

v.                                              Case No.: 3:04-cv-458-J-20MCR

DAHMO ENTERPRISES, INC.,

    Defendant.

_____/

ORDER

Pursuant to the Parties' Joint Stipulation for Voluntary Dismissal (Doc. No. 14, filed August 3, 2005), the above-captioned case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _____ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Samuel Rogatinsky, Esq.
David S. Cohen, Esq.